UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACK L. HUDDLESTON, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>ILLINOIS CENTRAL RAILROAD COMPANY,<br><br>    Defendant. | Case No. 09-cv-594-JPG |

## MEMORANDUM AND ORDER TO SHOW CAUSE

This matter comes before the Court for case management purposes. The Court notes the incidents giving rise to Counts I, II and V took place in Rantoul, Illinois, or Champaign, Illinois, both of which are within the Central District of Illinois. Furthermore, there is no indication that substantial parts of the exposure alleged in Counts III and IV occurred in the Southern District of Illinois. This leads the Court to doubt whether this case belongs in this judicial district. For this reason, the Court **ORDERS** plaintiff Jack L. Huddleston, Jr. to **SHOW CAUSE** on or before October 2, 2009, why the Court should not transfer this case to the United States District Court for the Central District of Illinois pursuant to 28 U.S.C. § 1404(a). The defendant shall have ten days to reply to the plaintiff's response to this order to show cause.

**IT IS SO ORDERED.**
**DATED:  September 10, 2009**

                                                  s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**